IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-CR-186

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| vs. | ) | ORDER |
|  | ) |  |
| PATRICK O'BRIAN ARTIS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter is before the Court on Defendant's Unopposed Motion to Consolidate Cases (Doc. No. 43). Defendant asks that this case be consolidated with another case currently before Judge Max O. Cogburn (3:13-cr-218). In support, Defendant notes that the Supervised Release Violation in this case is based solely on the charges that form the basis of the substantive case currently pending against him (3:13-cr-218). Thus, in the interest of judicial economy and ease of sentencing, it is hereby

**ORDERED** that this case (3:03-cr-186) be consolidated with 3:13-cr-218, and that these proceedings continue before Judge Max O. Cogburn.

**SO ORDERED.**

Signed: November 12, 2013

Graham C. Mullen
United States District Judge